**Robert A. REED, Petitioner–Appellant,**

v.

**The State of MARYLAND; J. Joseph Curran, Jr., Respondents–Appellees.**

**No. 01–6843.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 17, 2001.

Robert A. Reed, pro se.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Robert A. Reed seeks to appeal the district court's order denying his petition

filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000) as untimely. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Reed v. Maryland,* No. CA–01–600–PJM (D.Md. Apr. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*